AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> )  Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date:  _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*