AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  1 14 CV 3609

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Avocent Huntsville Corporation
was received by me on *(date)*  11/13/2014  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Shakinah Edwards, Process Specialist  , who is designated by law to accept service of process on behalf of *(name of organization)*  Avocent Huntsville Corp., at 1201 Peachtree St NE, Atlanta, GA 30361  on *(date)*  11/13/2014  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 11/18/14

*Server's signature*

Donnie Briley, Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
?? RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794
*Server's address*

Additional information regarding attempted service, etc:

Documents served:

Summons & Complaint for Patent Infringement, Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement



434521