IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TRIDIA CORPORATION,

           Plaintiff,

    v.

AVOCENT CORPORATION and
AVOCENT HUNTSVILLE
CORPORATION

           Defendants.

Civil Action No. 1:14-cv-03609-SCJ

Patent Infringement

**STIPULATED MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

    The parties to this action have agreed to extend the date by which

Defendants must move, object or otherwise respond to the Complaint until January

6, 2015, and Defendants hereby move the Court to extend the response date

accordingly.  A proposed order is attached hereto.

Dated:  December 2, 2014

By: **/s/ William V. Custer**
    William V. Custer
    Georgia Bar No. 202910
    bill.custer@bryancave.com
    **BRYAN CAVE, LLP**
    One Atlantic Center, Fourteenth Floor
    1201 W. Peachtree St., N.W.

Atlanta, Georgia  30309
Tel:  404-572-6828
Fax: 404-420-0828

Attorneys for Plaintiffs
AVOCENT CORPORATION and AVOCENT
HUNTSVILLE CORPORATION

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

**/s/ William V. Custer_____**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Stipulated Motion for an Extension of Time for Defendants to Respond to the Complaint** was served on Defendants via U.S. Mail, postage prepaid, addressed as follows:

Douglas D. Salyers, Esq.
Georgia Bar No. 623425
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308-2216

This 2nd day of December, 2014

**/s/ William V. Custer_____**

6394638

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TRIDIA CORPORATION,

       Plaintiff,

   v.

AVOCENT CORPORATION and
AVOCENT HUNTSVILLE
CORPORATION

      Defendants.

Civil Action No. 1:14-cv-03609-SCJ

Patent Infringement

## **CONSENT ORDER**

The parties to the above styled cause having consented thereto, IT IS

HEREBY ORDERED as follows:

The Court hereby grants the stipulated motion for an extension of time for

Defendants to respond to the complaint, and Defendants may have until January 6,

2015 to move, object or otherwise respond to the complaint.

SO ORDERED, this _____ day of _____, 2014.

_____
Judge Steve C. Jones
USDC Northern District of Georgia

PREPARED BY:


**/s/ William V. Custer_____**
William V. Custer
Georgia Bar No. 202910
bill.custer@bryancave.com
**BRYAN CAVE, LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia  30309
Tel:  404-572-6828
Fax: 404-420-0828

Attorneys for Plaintiffs
AVOCENT CORPORATION and
AVOCENT HUNTSVILLE CORPORATION.


CONSENTED TO BY:


**/s/ Douglas D. Salyers_____**
Douglas D. Salyers, Esq.
Georgia Bar No. 623425
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308-2216