IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| TRIDIA CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>AVOCENT CORPORATION and<br>AVOCENT HUNTSVILLE<br>CORPORATION<br><br><br>     Defendants. | Civil Action No. 1:14-cv-03609-SCJ<br><br>Patent Infringement |

## **CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND INCORPORATED MEMORANDUM OF LAW**

The Parties to this action have agreed to extend the date by which Defendants must move, object or otherwise respond to the Complaint until February 4, 2015, and hereby move the Court to extend the response date accordingly.  In support of this motion, the Parties show that they have come to a settlement agreement in principle and request the additional time to document the settlement agreement.

This 5th day of January, 2015.

*/s/ Puja R. Patel*
Douglas D. Salyers
Georgia Bar No. 623425
James E. Schutz
Georgia Bar No. 630172
Puja R. Patel
Georgia Bar No. 320796
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia 30308-2216
douglas.salyers@troutmansanders.com
james.schutz@troutmansanders.com
puja.patel@troutmansanders.com
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

*Attorneys for Plaintiff*


Consented to by:

*/s/ William V. Custer*
William V. Custer
Georgia Bar No. 202910
bill.custer@bryancave.com
**BRYAN CAVE, LLP**
One Atlantic Center, 14th Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia  30309
Tel:  404-572-6828
Fax: 404-420-0828

*Attorneys for Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing was prepared using Times New Roman,

14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

TROUTMAN SANDERS LLP

<u>s/ *Puja R. Patel*                        </u>

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2015, the foregoing document was filed

using the Court's CM/ECF system, which will send notice to all counsel of record.


TROUTMAN SANDERS LLP

s/ *Puja R. Patel*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

TRIDIA CORPORATION,

        Plaintiff,

    v.

AVOCENT CORPORATION and
AVOCENT HUNTSVILLE
CORPORATION

        Defendants.

Civil Action No. 1:14-cv-03609-SCJ

Patent Infringement

## [PROPOSED] ORDER

With the consent of the parties and for good cause shown, the time within which the Defendant may answer or otherwise respond to the Complaint in this case is extended to and including February 4, 2015.

So ordered this ___ day of January, 2015.

 

_____
The Honorable Steve C. Jones
United States District Judge
Northern District of Georgia