IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ADVOCENT CORPORATION and<br>ADVOCENT HUNTSVILLE<br>CORPORATION,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-3609-SCJ |

**O R D E R**

Counsel having advised the Court in the Consent Motion for Extension of Time to File Answer [Doc. No. 13] that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.  The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action.  If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 6th day of January, 2015.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE