IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TRIDIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AVOCENT CORPORATION and AVOCENT HUNTSVILLE CORPORATION<br><br>    Defendants. | CIVIL ACTION NO.<br>1:14-cv-03609-SCJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Tridia Corporation ("Tridia") and Avocent Corporation, and Avocent Huntsville Corporation (collectively, "Avocent") have resolved all matters between them in the controversy complained of in Civil Action No. 1:14-CV-03609.

WHEREAS, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby agree and stipulate to the dismissal of the aforementioned action WITH PREJUDICE, with each party bearing their own fees and expenses.

This 4th day of February, 2015.

| Filed by: | Consented to by: |
|---|---|
| s/ Douglas D. Salyers | s/ William V. Custer |
| Douglas D. Salyers | William V. Custer |
| Georgia Bar No. 623425 | Georgia Bar No. 202910 |
| Troutman Sanders LLP | BRYAN CAVE, LLP |
| 600 Peachtree Street, N.E., Suite 5200 | One Atlantic Center, 14th Floor |
| Atlanta, Georgia 30308 | 1201 W. Peachtree St., N.W. |
| douglas.salyers@troutmansanders.com | Atlanta, Georgia  30309 |
| Telephone: (404) 885-3000 | bill.custer@bryancave.com |
| Facsimile: (404) 885-3900 | Tel:  404-572-6828 |
|  | Fax: 404-420-0828 |
| *Attorneys for Plaintiff Tridia Corporation* | *Attorneys for Defendants Avocent Corporation and Avocent Huntsville Corporation* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was prepared using Times New Roman, 14-point font, and otherwise conforms to the requirements of Local Rule 5.1.

TROUTMAN SANDERS LLP

s/ *Douglas D. Salyers*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2015, the foregoing was filed using the Court's CM/ECF system, which will send notice to all counsel of record.

TROUTMAN SANDERS LLP

s/ *Douglas D. Salyers*